**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiff,
ERICA REED

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ERICA REED,**<br><br>　　　　**Plaintiff,**<br><br>　vs.<br><br>**USAA SAVINGS BANK,**<br><br>　　　　**Defendant(s).** | Case No.: 1:18-cv-00989-LJO-SAB<br><br>**NOTICE OF SETTLEMENT** |

　　NOW COMES Plaintiff, ERICA REED, by and through the undersigned counsel, and hereby notifies this Honorable Court that the parties have reached an agreement to settle the instant matter in its entirety. The parties, through counsel, are working cooperatively to consummate the settlement as expeditiously as possible and Plaintiff anticipates filing a *Fed. R. Civ. P. 41* Stipulation of dismissal, with prejudice, within sixty (60) days.

Date: January 8, 2019

**MARTIN & BONTRAGER, APC**

By:*/s/ Nicholas J. Bontrager*
Nicholas J. Bontrager
Attorneys for Plaintiff

## PROOF OF SERVICE

I filed electronically on this 9th day of January 2019, **NOTICE OF SETTLEMENT**, with:

United States District Court CM/ECF system

Notification sent electronically on this 9th day of January 2019, to:

JOSHUA N. KASTAN
JNK@dkmlawgroup.com
DKM LAW GROUP, LLP
535 Pacific Avenue, Ste. 101
San Francisco, CA 94133


s/Nicholas J. Bontrager

Nicholas J. Bontrager